UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

__Regis Murphy_____,

                        Plaintiff(s),

v.

__The Auto Club Group, et al.__,

                        Defendant(s).
_____/

Case No. __24-cv-11168_____

HONORABLE __Judith E. Levy_____

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:
__The Auto Club Group_____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: _____ makes the following disclosure:[1]

### PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☒ This party is a corporation incorporated in the State of __Michigan__ and with a principal place of business in the State of __Michigan__.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.
   If so, identify all parent entities.
__N/A._____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☒ This party has one or more subsidiaries.
　　If so, identify all subsidiaries.
　**See Attachment A.**

☒ This party has one or more affiliates.
　　If so, identify all affiliates.
　**See Attachment A.**

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
　　If so, identify all such owners.
　**N/A.**

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
　　If so, identify each such entity's financial interest in the litigation.
　**N/A.**

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: */s/ Stacey C.S. Cerrone*
Printed Name: Stacey C.S. Cerrone
Bar Number: LA Bar No.
Firm Name: Jackson Lewis P.C.
Address: 601 Poydras Street, Suite 1400
City, State, Zip Code: New Orleans, LA 70130
Phone/Fax: T: (504) 208-1755; F: (504) 208-1759
Email Address: Stacey.Cerrone@jacksonlewis.com

Date: **August 22, 2024**

## ATTACHMENT "A" TO STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANICAL AFFLIATIONS

**Subsidiaries**
Auto Club Services, Inc.
Traverse Insurance Ltd.
Auto Club South Insurance Company
ACG South Insurance Agency, LLC
AAA Car Care Centers, LLC
AAA of the Caribbean, Inc.
TMIC Holdings, LLC
ACG Driver Education, LLC
ACG Financial Services I, LLC

**Affiliates**
Midwest Auto Clubs, LLC
AAA Colorado Auto Source, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 22, 2024, the foregoing pleading was filed using the Court's CM/ECF system which sent notice of its filing to all counsel of record.

*/s/ Stacey C.S. Cerrone*
STACEY C.S. CERRONE